The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| RAINIER INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>vs.<br><br>SANDS WEST, INC., d/b/a SANDS SHOWGIRLS<br><br>               Defendant. | Cause No. 2:23-cv-00214 JLR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT SANDS WEST, INC., d/b/a SANDS SHOWGIRLS PER FRCP 41(a)(1)** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rainier Insurance Company ("Rainier") dismisses all claims against the Defendant Sands West Inc., d/b/a Sands Showgirls with prejudice and parties to pay their own costs and fees.

DATED this 18th day of April, 2023.

                                           SOHA LANG, P.S.

                                           By:   *s/Paul Rosner*
                                                    Paul Rosner, WSBA # 37146
                                                    Email: rosner@sohalang.com
                                                    J. William Ashbaugh, WSBA # 21692

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL – 1
USDC WD WA/SEA CAUSE NO. 2:23-cv-00214JLR

4870-8527-3948, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

Email: ashbaugh@sohalang.com
1325 4th Avenue Suite 2000
Seattle WA 98101-2570
Telephone:  206-624-1800
Facsimile:  206-624-3585
Attorneys for Red Shield Insurance Co.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL – 2
USDC WD WA/SEA CAUSE NO. 2:23-cv-00214JLR

4870-8527-3948, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585